UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSE REYES, *on behalf of himself and all others similarly situated,*

    Plaintiff,

-against-

LYCEUM THEATRE CORPORATION,

    Defendant.

Case No.: 18-cv-7486

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant, LYCEUM THEATRE CORPORATION, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the parties to bear responsibility for their respective fees and costs.

For the Defendants:

By: _____
Stephen G. Rinehart, Esq.
Troutman Sanders LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 704-6305
stephen.rinehart@troutman.com

Date: 9/10/19

For the Plaintiff:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
148 W. 24th Street, Eighth Floor
New York, NY 10011
Telephone: (212) 465-1188
cklee@leelitigation.com

Date: September 10, 2019

SO ORDERED

_____
U.S.D.J.